# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CRIMINAL DOCKET NO.: 5:02CR37-V

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>TRAVORIS DANTWAN WILLIAMS, )<br>                 Defendant. )<br>_____) | **O R D E R** |

**THIS MATTER** is before the Court upon Motion of the Government, filed March 29, 2010, requesting that the Defendant's sentence be reduced pursuant to Fed. R. Crim. P. 35(b)(2) and 18 U.S.C. §3553(e). The Court finds, for the reasons stated in the Government's motion, that the Defendant has provided substantial assistance to the Government since the imposition of his sentence on or about July 7, 2003.

**IT IS, THEREFORE, ORDERED THAT:**

1) The Government's motion is hereby **GRANTED**. Accordingly, Defendant's sentence is reduced to a period of **TIME SERVED**. The instant federal sentence in 5:02CR37 is to run concurrent with Defendant's state sentence. All other terms and conditions previously imposed will remain the same; and

2) The Deputy Clerk shall forward copies of this Order to the Defendant, counsel for the Defendant, the United States Attorney, the United States Marshal's Service, the Federal Bureau of Prisons, and the United States Probation Department.

Signed: April 5, 2010

Richard L. Voorhees
United States District Judge